UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**LORETHA FRANKLIN,**

       **Plaintiff,**

vs.                                        **Case No.**

**MANATEE COUNTY SCHOOL BOARD,**

       **Defendant.**
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, LORETHA FRANKLIN ("Plaintiff"), hereby sues Defendant, MANATEE COUNTY SCHOOL BOARD ("Defendant") and alleges as follows:

### INTRODUCTION

1. This action is brought under Title VII of the Civil Rights Act of 1964, the Age Discrimination in Employment Act, and the Florida Civil Rights Act to redress discrimination with respect to Plaintiff's failure to be promoted to the position of Director of Finance and Plaintiff's subsequent constructive discharge from employment arising from a deliberate course of action on the part of the Defendant to enlarge Plaintiff's duties and wage a campaign of harassment.

### JURISDICTION AND VENUE

2. Plaintiff has exhausted her administrative remedies under Title VII and the FCRA by timely filing a Charge of Race Discrimination with the U.S. Equal Opportunity Commission and the Florida Commission on Human Relations.

3. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 1331 and 1367.

1

## PARTIES

4. Plaintiff was a resident and citizen of Pinellas County, Florida at all times material to this action.

5. Defendant is a public body under Title VII, the Age Discrimination in Employment Act, and the FCRA and was Plaintiff's employer at all times material hereto.

## FACTUAL BACKGROUND

6. Plaintiff is an African-American female and in a protected age group.

7. Plaintiff was employed by Defendant commencing April 1997 as Accounting Manager.

8. In or around June 2009, Plaintiff applied for the position of Director of Finance for which she was best qualified.

9. Plaintiff was not selected for the position.

10. On or about June 1, 2009, Angela Fraser, a less qualified, younger white female, was selected for the position of Director of Finance and became Plaintiff's supervisor.

11. Shortly thereafter, Ms. Fraser and Jim Drake began to subject Plaintiff to harassment with respect to the terms and conditions of Plaintiff's employment, including but not limited to, her assigned responsibilities. Specifically, Ms. Fraser changed Plaintiff's job description and essentially doubled Plaintiff's workload, directing Plaintiff to perform duties which Ms. Fraser had formally performed. In addition to the foregoing, Plaintiff was harassed through unrealistic deadlines and job enlargement.

12. Plaintiff complained about the aforementioned harassment and nothing was done.

13. On or about April 30, 2010, Plaintiff was forced to take early retirement based upon Defendant's constructive discharge of her.

## COUNT I - FAILURE TO PROMOTE BASED ON RACE

14. Plaintiff realleges paragraphs 1 through 13 as if fully set forth herein.

15. Defendant failed to promote Plaintiff to the Director of Finance position based on race in violation of Title VII and the FCRA.

16. Plaintiff has been damaged by the conduct of Defendant.

   WHEREFORE, Plaintiff requests this Honorable Court to:

   A. Grant Plaintiff an award of compensatory damages, back-pay, front-pay, and attorney's fees and costs.

   B. Grant Plaintiff a trial by jury and such further relief as the Court deems just and equitable.

## COUNT II - FAILURE TO PROMOTE BASED ON AGE

17. Plaintiff realleges paragraphs 1 through 13 as if fully set forth herein.

18. Defendant failed to promote Plaintiff to the Director of Finance position based on age in violation of the Age Discrimination in Employment Act and FCRA.

19. Plaintiff has been damaged by the conduct of Defendant.

   WHEREFORE, Plaintiff requests this Honorable Court to:

   A. Grant Plaintiff compensatory damages, back-pay, front-pay, and attorney's fees and costs.

   B. Grant Plaintiff a trial by jury and such further relief as the Court deems just and equitable.

## COUNT III - CONSTRUCTIVE DISCHARGE BASED ON RACE

20. Plaintiff realleges paragraphs 1 through 13 as if fully set forth herein.

21. Plaintiff was constructively discharged by Defendant by race in violation of Title VII and the FCRA.

22. Plaintiff has been damaged by the conduct of Defendant.

    WHEREFORE, Plaintiff requests this Honorable Court to:

    A. Grant Plaintiff compensatory damages, back-pay, front-pay, and attorney's fees and costs.

    B. Grant Plaintiff a trial by jury and such further relief as the Court deems just and equitable.

## COUNT IV - CONSTRUCTIVE DISCHARGE BASED ON AGE

23. Plaintiff realleges paragraphs 1 through 13 as if fully set forth herein.

24. Plaintiff was constructively discharged by Defendant based on age in violation of the Age Discrimination in Employment Act and the FCRA.

25. Plaintiff has been damaged by the conduct of Defendant.

    WHEREFORE, Plaintiff requests this Honorable Court to:

    A. Grant Plaintiff compensatory damages, back-pay, front-pay, and attorney's fees and costs.

    B. Grant Plaintiff a trial by jury and such further relief as the Court deems just and equitable.

## COUNT V - RETALIATION

26. Plaintiff realleges paragraphs 1 through 13 as if fully set forth herein.

27. Before her constructive discharge, Plaintiff complained and otherwise engaged in protected activity by objecting to one or more unlawful employment practices.

28. Plaintiff was subjected to retaliation because of her protected activity and was thereby constructively discharged as a proximate result.

29. Plaintiff has been damaged by the conduct of Defendant.

WHEREFORE, Plaintiff requests this Honorable Court to:

    A. Enjoin Defendants from engaging in any employment practice violative of Title VII, the Age Discrimination in Employment Act, and the FCRA.

    B. Grant a judgment requiring Defendant to pay to Plaintiff any back wages and back benefits found to be due and owing at the time of trial, compensatory damages in an amount to be proved at trial, and prejudgment interest thereon;

    C. Grant Plaintiff costs and an award of reasonable attorney's fees (including expert fees); and

    D. Grant Plaintiff a trial by jury and such further relief as the Court deems just and equitable.

## **DEMAND FOR TRIAL BY JURY**

Plaintiff demands trial by jury as to all issues so triable.

Respectfully submitted,

BERMAN LAW FIRM, P.A.

By: */s/ Craig L. Berman*
Craig L. Berman, Esquire
BERMAN LAW FIRM, P.A.
Fla. Bar No. 068977
111 Second Ave. N.E.; Suite 706
St. Petersburg, FL 33701
Phone: (727) 550-8989
Fax: (727) 894-6251
cberman@tampabay.rr.com

ATTORNEY FOR PLAINTIFF

5