UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LORETHA FRANKLIN,

    Plaintiff,

v.                                       CASE NO.: 8:10-cv-2004-T-23AEP

MANATEE COUNTY SCHOOL
BOARD,

    Defendant.
_____/

**ORDER**

    Loretha Franklin sues (Doc. 1) the School Board of Manatee County, Florida, for race and age discrimination. Manatee County moves (Doc. 19) for summary judgment, and an order (Doc. 24) refers the motion to Magistrate Judge Porcelli for a report and recommendation. Magistrate Judge Porcelli issues (Doc. 29) a report that finds Franklin's action groundless and that recommends summary judgment for Manatee County. Franklin objects (Doc. 30) to the report and recommendation, but her arguments are without merit. Careful consideration of the record confirms that no evidence supports Franklin's allegations.

The report (Doc. 29) is **ADOPTED** and Manatee County's motion (Doc. 19) is **GRANTED**.  The clerk shall close the case.

ORDERED in Tampa, Florida, on November 9, 2011.

*[signature]*
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE